**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

E.K.O.,

Petitioner,

v.

Warden, STEWART DETENTION CENTER,

Respondent.

Case No. 4:26-cv-1135-CDL-AGH
28 U.S.C. § 2241

**ORDER**

The Court received Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 on August 26, 2026 (ECF No. 1). Having initially reviewed Petitioner's application, the Court finds good cause to extend the time for a response. 28 U.S.C. § 2243. Accordingly, Respondent shall have twenty-one (21) days to file a comprehensive response to said application. Within fourteen (14) days thereafter, Petitioner should file any desired reply. The Court will consider whether to hold an evidentiary hearing once briefing is complete.

**SO ORDERED**, this 27th day of August, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE